# Third District Court of Appeal
## State of Florida

Opinion filed March 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1054
Lower Tribunal No. 18-17515
_____

## Constantin Neacsu, et al.,
Appellants,

vs.

## South Florida Water Management District, et al.,
Appellees.


An Appeal from a non-final order from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Constantin Neacsu and Mihai Neacsu, in proper persons.

Robert C. Glass and MaryAnn Braun (West Palm Beach), for appellee South Florida Water Management District; Geraldine Bonzon-Keenan, Miami-Dade County Attorney, and Lauren E. Morse, Assistant County Attorney, for appellee Miami-Dade County.


Before FERNANDEZ, C.J., and LOGUE and HENDON, JJ.

PER CURIAM.

Affirmed.